# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2020 ND 195

In the Interest of J.F., a child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| J.F., a child, | Respondent |
| and | |
| J.F., mother, | Respondent and Appellant |

### No. 20200088

In the Interest of J.F., a child

| | |
|---|---|
| State of North Dakota, | Petitioner and Appellee |
| v. | |
| J.F., a child; D.M., father; | Respondents |
| and | |
| J.F., mother, | Respondent and Appellant |

### No. 20200089

Appeal from the District Court of Barnes County, Southeast Judicial District, the Honorable Jay A. Schmitz, Judge.

AFFIRMED.

Per Curiam.

Tonya Duffy, State's Attorney, Valley City, N.D., for petitioner and appellee; submitted on brief.

Kiara C. Kraus-Parr, Grand Forks, N.D., for respondent and appellant.

**Interest of J.F.**
**Nos. 20200088 & 20200089**

**Per Curiam.**

[¶1]   J.F. appeals from a juvenile court order finding her two children, ages 2 and 5, to be deprived. On appeal, J.F. argues the juvenile court erred by finding the children to be deprived, because the physical domestic violence and any drug issues are now under control, she is living with her parents, and there is no evidence she used drugs around the children. The district court properly considered evidence of J.F.'s limited compliance with drug testing along with a positive hair follicle test on one of the children showing a level of methamphetamines similar to that of a regular user. We conclude the juvenile court's findings are not clearly erroneous. We summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jerod E. Tufte
       Lisa Fair McEvers
       Gerald W. VandeWalle
       Daniel J. Crothers
       Jon J. Jensen, C.J.